## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KRISTEN GIOVANNI *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE NAVY, <br><br> *Defendant.* | CIVIL ACTION <br> No. 16-4873 |

## ORDER

**AND NOW**, this 6th day of July, 2017, after consideration of Plaintiffs' Motion to Remand, (ECF No. 7), Defendant's Motion to Dismiss, (ECF No. 8), and Plaintiffs' Response, (ECF No. 13), Defendant's Reply, (ECF No. 14), and both parties' supplemental briefs, (ECF Nos. 20 & 21), it is hereby **ORDERED** that:

1. Plaintiffs' Motion to Remand, (ECF No. 7), is **DENIED as moot**[10];

2. Defendant's Motion to Dismiss, (ECF No. 8), is **GRANTED**;

3. This case shall be **CLOSED** for statistical purposes.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

---

[10] Plaintiffs withdrew this Motion at oral argument. (Tr. of Hr'g, at 7:4–7.)