IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KRISTEN GIOVANNI, et al., *Plaintiffs,* v. UNITED STATES DEPARTMENT OF THE NAVY, *Defendant.* | CIVIL ACTION NO. 16-04873 |
| DOROTHY PALMER, et al., *Plaintiffs*, v. UNITED STATES DEPARTMENT OF THE NAVY, *Defendant.* | CIVIL ACTION NO. 17-00765 |

## ORDER

**AND NOW**, this 16th day of December 2019, upon consideration of Defendant United States Department of the Navy's Motion to Stay (ECF No. 46), Plaintiffs' Response (ECF No. 48) and the Navy's Reply (ECF No. 49), it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.