IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KRISTEN GIOVANNI, et al.,<br><br>　　　　*Plaintiffs,*<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF THE NAVY,<br><br>　　　　*Defendant.* | CIVIL ACTION<br>NO. 16-04873 |

## ORDER

**AND NOW**, this 27th day of December 2019, it is hereby **ORDERED** that an **ORAL ARGUMENT** on the Motion to Dismiss (ECF No. 43) filed by the United States Department of the Navy has been scheduled for **THURSDAY, JANUARY 9, 2020 at 10:00 a.m.,** before the Honorable Gerald J. Pappert, in **COURTROOM 11-A**, on the Eleventh Floor, at the United States Courthouse, 601 Market Street, Philadelphia, PA 19106.  Counsel should be prepared to address only that part of the Motion filed under Federal Rule of Civil Procedure 12(b)(6).

BY THE COURT:


*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.