IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KRISTEN GIOVANNI, et al., *Plaintiffs,* v. UNITED STATES DEPARTMENT OF THE NAVY, *Defendant.* | CIVIL ACTION NO. 16-04873 |
| DOROTHY PALMER, et al., *Plaintiffs,* v. UNITED STATES DEPARTMENT OF THE NAVY, *Defendant.* | CIVIL ACTION NO. 17-00765 |

# ORDER

**AND NOW**, this 15th day of January 2020, upon consideration of the Defendant's Motion to Dismiss (ECF No. 43), Plaintiffs' Response (ECF No. 45) and the Defendant's Reply (ECF No. 47), and after hearing argument (ECF No. 53), it is hereby **ORDERED** that the Motion is **GRANTED**. The Clerk of Court shall close this case.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.